IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No.   06-cv-00549-MJW-BNB**

JOE PARRISH,

Plaintiff(s),

v.

MOLSON COORS BREWING COMPANY,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on August 17, 2006, by Judge Marcia S. Krieger and was assigned to Magistrate Judge Michael J. Watanabe on August 17, 2006.

Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Boyd N. Boland is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

IT IS FURTHER ORDERED that the **Order of Reference to Magistrate Judge and Letter to Counsel**, entered by Judge Krieger on April 17, 2006, is **VACATED**.

IT IS FURTHER ORDERED that a Final Pretrial Conference is set before Magistrate Judge Michael J. Watanabe on May 10, 2007, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Watanabe five (5) business days prior to the Final Pretrial Conference date.

IT IS FURTHER ORDERED that the 5 day Jury Trial set on August 6, 2007, at 1:00 p.m., **is VACATED.**  A new trial date will be reset at the Final Pretrial Conference.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.

The parties shall prepare the proposed Final Pretrial Order in accordance with

the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov.   Instructions for downloading in richtext format are posted in the forms section of the website.   Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse,  901 19th Street, Room A-105, Denver, Colorado.

DATED THIS 24th DAY OF AUGUST, 2006.

BY THE COURT:


s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge