IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No.   06-cv-00549-MJW-BNB**

JOE PARRISH,

Plaintiff(s),

v.

MOLSON COORS BREWING COMPANY,

Defendant(s).

ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulated Dismissal With Prejudice, filed with the Court on November 29, 2006, DN 17, it is HEREBY ORDERED that this case is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a), with each party to pay their own costs and attorney fees.

Signed this 30th Day of November, 2006.

BY THE COURT:

S/Michael J. Watanabe
MICHAEL J. WATANABE